AO-10 (w)
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>Melloy, Michael J. | 2. Court or Organization<br><br>Eighth Circuit Court of Appeal | 3. Date of Report<br><br>05/06/2004 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Active) | 5. Report Type (check type)<br><br>___ Nomination, Date ___/___/___<br><br>___ Initial  X  Annual  ___ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>625 First ST. S.E., Suite 200<br><br>Cedar Rapids, IA 52401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2002 | Cedar Rapids Community School District ▮▮▮ | 0.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ■ | NONE (No such reportable reimbursements.) | |
| 1 | American Bankruptcy Institute | March 27-April 1, 2003. New York City, NY, to judge finals of ABI Moot Court Competition. Transportation, meals and lodging. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000

O=$500,0 -$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Melloy, Michael J. | 05/06/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Asset (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Cod (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 US Bank Checking Account | A | Interest | J | T | | | | | |
| 2 Northwestern Mutual Life Insurance Company-cash values | C | Interest | L | T | | | | | |
| 3 Home Technology Systems Stock in US Bank IRA | A | None | J | T | | | | | |
| 4 PBHG Funds-Large Cap 20 Fund in IRA account | A | Dividend | J | T | | | | | |
| 5 Vanguard Group 500 Index Fund in IRA | A | Dividend | L | T | | | | | |
| 6 Fidelty Low Priced Stock Fund in US Bank IRA | A | Dividend | J | T | | | | | |
| 7 First American Mid Cap Fund in US Bank IRA | A | Dividend | J | T | | | | | |
| 8 Cedar Rapids Bank and Trust Company-Checking Acct. | A | Interest | J | T | | | | | |
| 9 Cedar Rapids Bank and Trust-Money Market Acct. | A | Interest | L | T | | | | | |
| 10 General Electric Company stock in US Bank IRA | A | Dividend | K | T | | | | | |
| 11 First American Small Cap Core Fund in US Bank IRA | A | Interest | J | T | | | | | |
| 12 PBHG Funds-Large Cap Value Fund in IRA | A | Dividend | J | T | | | | | |
| 13 PBHG REIT Fund in IRA | A | Dividend | J | T | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Part VI. Both the Northwestern Mutual Loan and the Washington University Loan which were listed on the 2002 report were paid off last year and do not appear on this year's report.

Part VII. A policy for MONY appeared on last year's report. That policy no longer has any cash value and has been deleted. I did not sell or redeem the policy but rather just let it lapse.

Part VII. The reference to US Bank Checking Acct. is the same as the account shown as Fistar Bank on last year's report. Firstar changed its name to US Bank.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature            Date _5/6/04_

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544